IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-00732-EWN-BNB

GARY JAY NEUGER,

Plaintiff,

v.

UNITED STATES,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with my Order to Show Cause [Doc. # 4, filed 4/23/2007] and the plaintiff's Response to Order to Show Cause [etc.] [Doc. # 5, filed 5/7/2007] (the "Response").

Although the Response states that it includes "proof of receipt by the parties (copy of green receipt cards)," no such exhibit is included.  In addition, the status of the case is not clear to me.

IT IS ORDERED that the matter is set for a status conference on **May 21, 2007, at 3:00 p.m.**

IT IS FURTHER ORDERED that the plaintiff shall file and a copy of the omitted exhibit--i.e., "proof of receipt by the parties (copy of green receipt cards)"--on or before **May 18, 2007**.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail a copy of this order to the United States Attorney for the District of Colorado or his deputy, who may appear at the status conference if he wishes.

Dated May 8, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge